| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Johnson & Johnson Construction Company Corp.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3410934** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1035 NW 127th St** <br> **Miami, FL 33168** <br> Number, Street, City, State & ZIP Code <br><br> **Miami-Dade** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **Johnson & Johnson Construction Company Corp.**            Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor __Johnson & Johnson Construction Company Corp.__ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**  *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Johnson & Johnson Construction Company Corp.**                              Case number (*if known*)
        Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Johnson & Johnson Construction Company Corp.**<br>Name | Case number (*if known*) _____ |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 30, 2022**
MM / DD / YYYY

**X /s/ Artravia Johnson**
Signature of authorized representative of debtor

**Artravia Johnson**
Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Brian K. McMahon**
Signature of attorney for debtor

Date  **May 30, 2022**
MM / DD / YYYY

**Brian K. McMahon 853704**
Printed name

**Brian K. McMahon, PA on behalf of FL Rural Legal Services**
Firm name

**1401 Forum Way**
**6th Floor**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone  **561-478-2500**      Email address  **briankmcmahon@gmail.com**

**853704 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Johnson & Johnson Construction Company Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Builders & Contractors Supply** c/o Arnold & Burguieres 1701 Dr. M.L. King Jr. St N Saint Petersburg, FL 33704 | | supplies | | | | $24,026.00 |
| **Business Capital Providers** c/o Jeffrey J. Needle 5300 NW 33rd Ave, Suite 206 Fort Lauderdale, FL 33309 | | judgment | | | | $307,993.27 |
| **Fox Capital Group, Inc.** c/o Lieberman and Klestzick, LLP 71 S Central Ave, 2nd Fl Valley Stream, NY 11580 | | merchant cash advance | Disputed | | | $42,250.00 |
| **Moses Seidenfeld** 2065 57th St Brooklyn, NY 11204 | | specific performance claim | | | | $0.00 |
| **Paradise Plaza Condominium Assoc** c/o Eisinger Law 4000 Hollywood Blvd, Suite 265 South Hollywood, FL 33021 | | third party claim | Contingent | | | $24,026.00 |

Debtor  **Johnson & Johnson Construction Company Corp.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim |  |  |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **RLegal Asset Recovery**<br>**c/o Reinier & Reiner**<br>**9100 S Dadeland Blvd, Suite 901**<br>**Miami, FL 33156** | | **attorneys fees** | **Disputed** | | | $12,718.63 |
| **Spinal Connection Rehab & Wellness Ctr**<br>**17101 NE 6th Ave**<br>**Miami, FL 33162** | | **breach of contract; unjust enrichment** | **Disputed** | | | $0.00 |
| **Stanley Kotei**<br>**c/o Tayson C. Gaines, Esq**<br>**1914 37th St**<br>**West Palm Beach, FL 33407** | | **loan** | **Disputed** | | | $15,000.00 |

American Builders & Contractors Supply
c/o Arnold & Burguieres
1701 Dr. M.L. King Jr. St N
Saint Petersburg, FL 33704


Brenton Bates
2701 NW 105th Terr
Coral Springs, FL 33065


Buchanan Ingersoll & Rooney
401 E Las Olas Blvd, Suite 2250
Fort Lauderdale, FL 33301-4251


Business Capital Providers
c/o Jeffrey J. Needle
5300 NW 33rd Ave, Suite 206
Fort Lauderdale, FL 33309


Fay Servicing
1601 LBJ Freeway, Ste 150
Dallas, TX 75234


Fox Capital Group, Inc.
c/o Lieberman and Klestzick, LLP
71 S Central Ave, 2nd Fl
Valley Stream, NY 11580


Linton Robinson & Higgins
633 NE 167th St, Ste 1201
Miami, FL 33162


Moses Seidenfeld
2065 57th St
Brooklyn, NY 11204


Paradise Plaza Condominium Assoc
c/o Eisinger Law
4000 Hollywood Blvd, Suite 265 South
Hollywood, FL 33021


RLegal Asset Recovery
c/o Reinier & Reiner
9100 S Dadeland Blvd, Suite 901
Miami, FL 33156

```
Spinal Connection Rehab & Wellness Ctr
17101 NE 6th Ave
Miami, FL 33162


Stanley Kotei
c/o Tayson C. Gaines, Esq
1914 37th St
West Palm Beach, FL 33407


Zions Bank as Trustee for Green Corridor
Attn Corporate Trust
550 S Hope St, Suite 2875
Los Angeles, CA 90071
```